## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| CULVER A. BARR, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL No. 09-372-P-H |
| | ) | |
| WEST BATH DISTRICT COURT | ) | |
| And JUDGE JOSEPH FIELD, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER TO SEAL, REDACT AND REFILE

After reviewing the file, I note that Freeport Police Department Voluntary Statement Forms filed as part of the Appendix to a Brief to the Maine Law Court (Docket Item 12-3 at 36 and 38) include the social security numbers of two individuals. Federal Rule of Civil Procedure 5.2 requires that personal identifier information be redacted from documents filed with the court. Accordingly, the Clerk's Office is **Ordered** to **SEAL** the Appendix to a Brief to the Maine Law Court (Docket Item 12-3) and **REDACT** the social security numbers from pages 36 and 38 of the Appendix to a Brief to the Maine Law Court (Docket Item 12-3) and **REFILE** a copy of the Appendix to a Brief to the Maine Law Court with the social security numbers redacted.

So Ordered.

Dated this 17th day of December, 2009

/s/D. Brock Hornby

D. Brock Hornby
United States District Judge